BRIAN STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: Timothy.Bolin@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN MULLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 4:16-cv-00848-KAW<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from August 1, 2016 to September 15, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs this extension due to her attorney's inordinately heavy caseload through July and August 2016. Defendant respectfully requests this additional time to respond to Plaintiff's arguments.

    The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

    The parties stipulate in good faith, with no intent to prolong proceedings unduly.

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: July 28, 2016           */s/ Michael Wolchansky*\*
                               (* As authorized via email on July 28, 2016)
                               MICHAEL WOLCHANSKY

                               Attorney for Plaintiff

Dated: July 28, 2016           BRIAN STRETCH
                               United States Attorney

                    By:        */s/ Timothy R. Bolin*
                               TIMOTHY R. BOLIN
                               Special Assistant United States Attorney

                               Attorneys for Defendant

Of Counsel to Defendant:
BEATRICE NA
Assistant Regional Counsel

ORDER

APPROVED AND SO ORDERED:

Dated:   8/2/16                _____
                               THE HONORABLE KANDIS A. WESTMORE
                               United States Magistrate Judge