```
BRIAN STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
       Social Security Administration
       Office of the General Counsel
       160 Spear St Ste 800
       San Francisco, CA 94105
       Telephone: (415) 977-8982
       Facsimile: (415) 744-0134
       Email: Timothy.Bolin@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MULLEN,<br><br>               Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No: 4:16-cv-00848-KAW<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended for 30 days from September 15, 2016 to October 17, 2016.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this extension to further consult with client to obtain relevant information critical to Defendant's defense.

///

///

Joint Stip. & Prop. Order for Ext.; 4:16-cv-00848-KAW         1

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

                                          Respectfully submitted,

Dated:  September 13, 2016        */s/ Michael Wolchansky\**
(\* As authorized via email on September 13, 2016)
MICHAEL WOLCHANSKY

Attorney for Plaintiff

Dated:  September 13, 2016        BRIAN STRETCH
United States Attorney

                                By:    */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant

Of Counsel to Defendant:
BEATRICE NA
Assistant Regional Counsel

ORDER

APPROVED AND SO ORDERED:

Dated:  9/21/16                        _____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge