BRIAN STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: Timothy.Bolin@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MULLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 4:16-cv-00848-KAW<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), [~~PROPOSED~~] ORDER OF REMAND, AND ENTRY OF JUDGMENT |

    The parties hereby stipulate, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning mental impairments, and explain the weight given to the opinion evidence consistent with 20 C.F.R. §§ 404.1527 and 416.927, and Social Security Rulings (SSR) 96-2p and 96-5p.

The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 4, 2016  /s/ Michael Wolchansky*
(* As authorized via email on September 22, 2016)
MICHAEL WOLCHANSKY

Attorney for Plaintiff

Dated: October 4, 2016  BRIAN STRETCH
United States Attorney

By:  /s/ Timothy R. Bolin
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant

Of Counsel to Defendant:
BEATRICE NA
Assistant Regional Counsel

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  10/6/16

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge